In the Matter of the Appointment of a Committee of the Person, Property and Estate of ANNA KALTMAN, an Alleged Incompetent Person.

ANNA KALTMAN, Alleged Incompetent Person, Appellant; MEYER ALTERMAN, as Special Guardian, Respondent.

Submitted October 1, 1945; decided October 11, 1945.

*Meyer D. Siegel* for motion.

*Ruth Lewinson* and *Meyer Alterman,* special guardian, opposed.

Motion dismissed with $10 costs and necessary printing disbursements upon the ground that the order does not finally determine the proceeding within the meaning of the Constitution.